■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN SIMMONS, Also Known as MILES MUSSENDEN, Appellant. [596 NYS2d 704] —Appeal by the defendant from a judgment of the Supreme Court, Queens County (Lane, J.), rendered May 23, 1990, convicting him of criminal possession of a weapon in the third degree (two counts) and bribery in the third degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Contrary to the defendant's assertions, we find that he received the effective assistance of counsel at trial *(see, People v Baldi,* 54 NY2d 137; *People v Rivera,* 71 NY2d 705; *People v Sullivan,* 153 AD2d 223). Thompson, J. P., Sullivan, Miller and Santucci, JJ., concur.